**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division**

Argentum Medical, LLC, et al.
                         Plaintiff,

v.                                           Case No.: 1:11−cv−08594
                                            Honorable Sharon Johnson Coleman

Joseph Fuchs, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 15, 2013:

      MINUTE entry before Honorable Sharon Johnson Coleman: The parties' joint motion [52] for dismissal is granted. This cause is dismissed with prejudice pursuant to the parties' settlement agreement. Defendants' objection to a finding of good faith settlement is accordingly rendered moot. Status hearing set to 7/22/2013 is stricken. No court appearance is necessary on 7/22/2013. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.